UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC W. SUGGS,<br>　　　　Petitioner<br>　　v.<br>M.E. SPEARMAN,<br>　　　　Respondent. | Case No. 5:17-cv-00570-GW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition") and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

In the Objections, Petitioner argues, *inter alia*, that the evidence was insufficient to convict him, because there was no proof that a knife caused the mark on the victim's neck and, further, that the victim testified falsely and the prosecutor knew so. No such habeas claims were alleged in the Petition or in the state courts. A district court has discretion, but is not required, to consider evidence or arguments

presented for the first time in objections to a report and recommendation.  *See Brown v. Roe*, 279 F.3d 742, 744-45 (9th Cir. 2002); *United States v. Howell*, 231 F.3d 615, 621-22 (9th Cir. 2000).  The Court exercises its discretion *not* to consider these belatedly-proffered and unexhausted claims..

Having completed its review, the Court concludes that nothing set forth in the Objections affects or alters, or calls into question, the analysis and conclusions set forth in the Report.  The Court accepts the findings and recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: June 26, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE