UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC W. SUGGS,<br>　　　Petitioner<br>　　v.<br>M.E. SPEARMAN,<br>　　　Respondent. | Case No. 5:17-cv-00570-GW (GJS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: June 26, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE